WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>   v.<br><br>Jose Cisneros-Ledesma<br><br>         Defendant. | CR 92-0352-PHX-RCB<br><br>**ORDER REMITTING BALANCE OF FINE** |

Upon reading the Petition for Remission of Balance of Fine filed by Plaintiff pursuant to 18 U.S.C. § 3573.  The Court after reviewing the Petition, concludes and finds that reasonable efforts to collect the fine are not likely to be effective. Accordingly,

**IT IS HEREBY ORDERED** that the balance of the fine is remitted.

DATED this 4th day of September, 2013.

_____
Robert C. Broomfield
Senior United States District Judge